McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8955
   Facsimile: (415) 744-0134
   E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NEVA TAYLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:17-cv-01956-CKD<br><br>JOINT STIPULATION & ORDER TO EXTEND BRIEFING SCHEDULE |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that the deadline for Defendant to file her answer and the record be extended from January 3, 2018 to February 5, 2018. There is good cause for this extension because the administrative record is not yet available. With the Court's approval, the parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

| | | |
|---|---|---|
| Dated: January 2, 2018 | | Respectfully submitted,<br>*/s/ Roger Drake\**<br>ROGER DRAKE<br>Attorney for Plaintiff<br>*Authorized via e-mail on January 2, 2018 |
| Dated: January 2, 2018 | | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: | */s/ Ellinor R. Coder*<br>ELLINOR R. CODER<br>Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**IT IS SO ORDERED.**

Dated: January 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE