1  Roger D. Drake (SBN 237834)
   rdrake@drakeanddrake.com
2  DRAKE & DRAKE, P.C.
3  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
4  Telephone:  818.624.4695
5  Facsimile:  818.475.1880
   Attorney for Plaintiff
6

7  McGREGOR W. SCOTT
8  United States Attorney
   DEBORAH LEE STACHEL
9  Regional Chief Counsel, Region IX
10 ELLINOR R. CODER, CSBN 258258
   Special Assistant United States Attorney
11        Social Security Administration
12        160 Spear St., Suite 800
          San Francisco, CA  94105
13        Telephone:  (415) 977-8955
14        Facsimile:  (415) 744-0134
          Email:  Ellinor.Coder@ssa.gov
15 Attorneys for Defendant
16

17

18                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
19

20 NEVA TAYLOR,                      )
                                     ) CASE NO. 2:17-cv-01956 CKD
21       Plaintiff,                  )
22                                   )
23 v.                                ) STIPULATION & ORDER TO EXTEND
                                     ) BRIEFING SCHEDULE
24 NANCY A. BERRYHILL, Acting        )
25 Commissioner of Social Security,  )
                                     )
26       Defendant.                  )
27 _____ )

28

1    IT IS HEREBY STIPULATED, by and between the parties, that Plaintiff

2  shall have an extension of 30 days from March 19, 2018, or until April 18, 2018 to

3  prepare and file Plaintiff's opening brief, and that all other scheduling dates set forth

4  in the Scheduling Order shall be extended accordingly.

5    This is plaintiff's first request for an extension. This was a concurrent claim

6  under Title II and Title XVI. The Appeals Council remanded the Title XVI claim

7  but affirmed the Title II claim that is now the subject of this litigation. The agency

8  held an administrative hearing on the Title XVI claim where all of this procedural

9  history was discussed with the ALJ and the hearing was continued. It may be in

10  plaintiff's best interest to dismiss this case and continue solely with the Title XVI

11  claim that is pending at the administrative level. Plaintiff's counsel requests this

12  extension because additional time is needed to explore all options with plaintiff.

13

14  DATED: March 14, 2018          By: */s/ Roger D. Drake*
                                    ROGER D. DRAKE
15                                  Attorney for Plaintiff

16

17  DATED: March 14, 2018          McGREGOR W. SCOTT
                                    United States Attorney
18                                  DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
19

20

21                          By:    */s/ Ellinor R. Coder*
                                    ELLINOR R. CODER
22                                  Special Assistant United States Attorney
                                    Attorneys for Defendant
23                                  [*Per email authorization on 03/14/2018*]

24

25

26

27

28

## <u>ORDER</u>

Based on the foregoing stipulation to extend the briefing schedule,

IT IS ORDERED, that Plaintiff shall have an extension of 30 days from March 19, 2018, or until April 18, 2018 to prepare and file Plaintiff's opening brief, and that all other scheduling dates set forth in the Scheduling Order shall be extended accordingly.

Dated:  March 19, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE