Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.624.4695
Facsimile: 818.475.1880
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    Email: Ellinor.Coder@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA TAYLOR, | ) |
| | ) CASE NO.: 2:17-cv-01956-CKD |
|     Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION & ORDER FOR |
| | ) VOLUNTARY DISMISSAL |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, that this matter be dismissed without prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of Fed.R.Civ.P. 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATED: April 17, 2018     By: */s/ Roger D. Drake*
ROGER D. DRAKE
Attorney for Plaintiff

DATED: April 17, 2018     McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By:    */s/ Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney
Attorneys for Defendant
[*Per email authorization on 04/17/2018*]

**<u>ORDER</u>**

IT IS ORDERED that this matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses.

Dated: April 19, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE